UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: <br> ALAN L. HICKS AND ELISHA N. HICKS <br>    Debtors | BCN#: 18-50333-RBC <br> Chapter: 7 |

Nationstar Mortgage LLC d/b/a Mr. Cooper
or present noteholder,
    Movant/Secured Creditor,
v.
ALAN L. HICKS AND ELISHA N. HICKS
    Debtors
and
GEORGE I VOGEL(74)
    Trustee
    Respondents

## MOTION TO EXTEND STAY

**COMES NOW,** the Plaintiff, by counsel, being aware that the Court is unable to schedule a preliminary hearing within the thirty day time limit imposed by 11 U.S.C. § 362(e), consents to the extension of the automatic stay imposed by 11 U.S.C. § 362(a) beyond the thirty day limit imposed by 11 U.S.C. § 362(e), to June 20, 2018, at 10:00 AM.

        Nationstar Mortgage LLC d/b/a Mr. Cooper

        By: /s/ Malcolm B. Savage, III
           Of Counsel
           Shapiro & Brown, LLP

Gregory N. Britto, Esquire
VSB #23476
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Leonard C. Tengco, Esquire
VSB #76395
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800  18-274316

        Gregory N. Britto, Esquire
        VSB #23476
        Malcolm B. Savage, III, Esquire
        VSB #91050
        William M. Savage, Esquire
        VSB #26155
        Thomas J. Gartner, Esquire
        VSB #79340
        Mary F. Balthasar Lake, Esquire
        VSB #34899
        Leonard C. Tengco, Esquire
        VSB #76395
            Attorney for Movant
        501 Independence Parkway, Suite 203
        Chesapeake, Virginia 23320
        (703) 449-5800
            18-274316

S&B# 18-274316

## CERTIFICATE OF MAILING

I certify that a true copy of the foregoing Motion was mailed this 9th day of May, 2018 to:

Andrew S Goldstein
Magee Goldstein Lasky & Sayers, P.C.
P O BOX 404
Roanoke, VA 24003

George I Vogel(74)
PO Box 18188
Roanoke, VA 24014

Alan L. Hicks
420 West Riverside Street
Covington, VA 24426

Elisha N. Hicks
420 West Riverside Street
Covington, VA 24426

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire, VSB #23476
Malcolm B. Savage, III, Esquire, VSB #91050
William M. Savage, Esquire, VSB #26155
Thomas J. Gartner, Esquire, VSB #79340
Mary F. Balthasar Lake, Esquire, VSB #34899
Leonard C. Tengco, Esquire, VSB #76395

18-274316

Gregory N. Britto, Esquire
VSB #23476
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Leonard C. Tengco, Esquire
VSB #76395
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800  18-274316