UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG (STAUNTON) DIVISION

IN RE:

**ALAN L. HICKS AND**  CASE NO. **18-50333**
**ELISHA N. HICKS**  Chapter 7

Debtors

---

**NATIONSTAR MORTGAGE LLC**
**D/B/A MR. COOPER OR**
**PRESENT NOTEHOLDER**

Movant

v.

**ALAN L. HICKS AND**
**ELISHA N. HICKS**

and

**GEORGE I. VOGEL, TRUSTEE**

Respondents

---

### RESPONSE TO MOTION FOR RELIEF

George I. Vogel, II, Trustee in the above referenced cause respectfully responds to the Motion for Relief filed in the above referenced matter and states as follows:

1. That he admits the allegations contained in paragraphs 1, 2, 3 and 10 of the Motion for Relief.
2. That he is without sufficient information to admit the allegations contained in paragraphs 4, 5, 6, 7, 8, 9 and 11 of the Motion for Relief and therefore denies same.
3. That the Trustee denies the allegations contained in paragraph 12 of the Motion for Relief.
4. That the Trustee has not held the meeting of creditors which is scheduled for May 15, 2018 and has not determined if there is any equity in the real estate

Vogel & Cromwell, L.L.C.

Roanoke VA

>    that is the subject matter of the Motion for Relief for the benefit of the general creditors.

WHEREFORE, the undersigned respectfully prays that the Motion for Relief be denied and that the undersigned have such further relief as the nature of this cause may require.

Respectfully,

/S/ GEORGE I. VOGEL, II
George I. Vogel, II, Trustee

George I. Vogel, II, Trustee
Vogel & Cromwell, L.L.C.
P.O. Box 18188
Roanoke, VA 24014
540-982-1220
gvogel @vogelandcromwell.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 11th day of May, 2018 electronically filed the original of the foregoing with the United States Bankruptcy Court for the Western District of Virginia, (Harrisonburg (Staunton) Division), which caused electronic notifications of the filing to be served on the Movant and counsel for the Debtors.

/S/ GEORGE I. VOGEL, II
George I. Vogel, II, Trustee